```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LESHAWN YOUNG, *On Behalf Of Herself And All* :
*Other Persons Similarly Situated*, :
:
:
Plaintiffs,    :         22-cv-8881 (LJL)
:
-v-              :         ORDER
:
LINKSYS USA, INC., :
:
Defendant.    :
X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: March 13, 2023                            _____
       New York, New York                       LEWIS J. LIMAN
                                                  United States District Judge